FILED'09 JUL 27 15:04USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| AMERICAN BEAR, | ) | |
| | ) | Civil No. 08-1002-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| MARK NOOTH, | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that Petitioner's Unopposed Motion to Dismiss Habeas Petition [23-1] is GRANTED. This action is DISMISSED without prejudice.

Dated this 27th day of July, 2009.

by /s/ Garr M. King
Garr M. King
United States District Judge